**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Maryland**
(State)

Case number (*If known*): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Comic Holdings, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   5 2 – 1 8 3 7 4 5 7

4. **Debtor's address**

   **Principal place of business**

   10150 York Road, Suite 300
   Number    Street

   _____

   Hunt Valley         MD       21030
   City                State    ZIP Code

   Baltimore
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)   _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __Comic Holdings, Inc._____          Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>   4  2  3  9 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>           District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |

Debtor  **Comic Holdings, Inc.**_____   Case number (if known)_____
       <sub>Name</sub>

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |  |  |  |
|---|---|---|---|---|---|
|  | List all cases. If more than 1, attach a separate list. | ☒ Yes. | Debtor  See Attached Schedule 1 | Relationship  Affiliate |  |
|  |  |  | District  Maryland | When  ___/___/_____ |  |
|  |  |  | Case number, if known  _____ | MM / DD / YYYY |  |

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|
|  |  | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
|  |  | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
|  |  | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|  |  | **Why does the property need immediate attention?** (*Check all that apply.*) |
|  |  | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
|  |  |     What is the hazard? _____ |
|  |  | ☐ It needs to be physically secured or protected from the weather. |
|  |  | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
|  |  | ☐ Other _____ |
|  |  | Where is the property? _____ |
|  |  |          Number     Street |
|  |  | _____ |
|  |  | _____   _____ _____ |
|  |  |     City                         State ZIP Code |
|  |  | **Is the property insured?** |
|  |  | ☐ No |
|  |  | ☐ Yes. Insurance agency _____ |
|  |  |        Contact name _____ |
|  |  |        Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | Check one: |
|---|---|---|
|  |  | ☒ Funds will be available for distribution to unsecured creditors. |
|  |  | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
|  |  | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
|  |  | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
|  |  | ☐ 200-999 |  |  |

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page **3**

Debtor  Comic Holdings, Inc.
         Name                                                         Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/14/2025
             MM / DD / YYYY

X /s/ Robert Gorin                              Robert Gorin
Signature of authorized representative of debtor   Printed name

Title  Co-Chief Restructuring Officer

**18. Signature of attorney**

X /s/ Jordan D. Rosenfeld                       Date  1/14/2025
Signature of attorney for debtor                       MM / DD / YYYY

Jordan D. Rosenfeld
Printed name

Saul Ewing LLP
Firm name

1001 Fleet Street, 9th Floor
Number    Street

Baltimore                                  MD            21202
City                                       State         ZIP Code

(410) 332-8600                             jordan.rosenfeld@saul.com
Contact phone                              Email address

13694                                      MD
Bar number                                 State

## **SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below, which includes the debtor in this chapter 11 case (collectively, the "<u>Debtors</u>"), filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

- Diamond Comic Distributors, Inc.
- Diamond Select Toys & Collectibles, LLC
- Comic Holdings, Inc.
- Comic Exporters, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-_____ (___)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**COMBINED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby state as follows:

1. Debtor Diamond Comic Distributors, Inc., is owned as follows: 99% by non-debtor SG Resource LLC, and 1% by non-debtor Stephen A. Geppi Revocable Trust.

2. Debtor Diamond Select Toys & Collectibles, LLC, is owned as follows: 99% by non-debtor DST Investments, LLC, and 1% by non-debtor Stephen A. Geppi Revocable Trust.

3. Debtor Comic Exporters, Inc., and Diamond Comic Holdings, Inc., are wholly owned by Debtor Diamond Comic Distributors, Inc.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53219890.3

# COMIC HOLDINGS, INC.

## UNANIMOUS CONSENT OF SOLE SHAREHOLDER

Date: January 12, 2025

The undersigned, the sole shareholder of Comic Holdings, Inc., a Maryland corporation (the "**Corporation**"), hereby unanimously consents in writing in lieu of a meeting as follows:

AMENDMENT TO BYLAWS

RESOLVED, that the Amendment to the Bylaws of the Corporation attached hereto as Exhibit A (the "**Bylaws Amendment**") is hereby approved;

RATIFICATION OF APPOINTMENT AND ELECTION OF CO-CHIEF RESTRUCTURING OFFICERS:

RESOLVED, that the appointment and election of each of Robert Gorin and William H. Henrich as the Co-Chief Restructuring Officers of the Corporation, retroactively effective as of July 17, 2024 (the "**Effective Appointment Date**"), is hereby ratified and confirmed.

RATIFICATION OF ACTIONS BY CHIEF RESTRUCTURING OFFICER

RESOLVED, that all actions taken by either of Robert Gorin or William H. Henrich as a Co-Chief Restructuring Officer of the Corporation on behalf of the Corporation or any of its subsidiaries since the Effective Appointment Date are hereby ratified and confirmed.

RESTRUCTURING ACTIONS

RESOLVED, that after consultation with the management and the legal and financial advisors of the Corporation, the sole shareholder of the Corporation has determined that it is desirable and in the best interests of the Corporation and its interest holders, creditors, and other interested parties that a voluntary petition (the "**Petition**") be filed by the Corporation (either singly or together with other entities (such entities, collectively, the "**Companies**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Maryland (the "**Bankruptcy Court**").

FURTHER RESOLVED that after consultation with the management and the legal and financial advisors of the Corporation, the sole shareholder of the Corporation has determined that subject to approval of the Bankruptcy Court, the, as a debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to enter into or become subject to that certain Secured Debtor-in-Possession Credit Agreement (the "**DIP Credit Agreement**" and together with other documents related to debtor-in-possession financing, the "**DIP Loan Documents**") with JPMorgan Chase Bank, N.A. (the "**DIP Lender**"), to provide some or all of the Companies with debtor-in-possession financing and use of cash collateral (the "**DIP Facility**").

FURTHER RESOLVED, that any Co-Chief Restructuring Officer, the President of the Company and/or the Chief Financial Officer of the Company, together with any other person or persons hereafter designated in writing (each, an "**Authorized Person**"), in each case, acting individually

or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "**Chapter 11 Filings**") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard).

FURTHER RESOLVED, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to retain (i) Saul Ewing LLP, as general bankruptcy counsel, (ii) Getzler Henrich & Associates LLC, as financial advisor, (iii) Raymond James & Associates, Inc., as investment banker, (iv) Stephenson Harwood, LLP, as U.K. counsel, and (v) Omni Agent Solutions, as claims and noticing agent and administrative agent, in each case on such terms as any Authorized Person shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court.

FURTHER RESOLVED, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Corporation, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Companies' chapter 11 case or the Chapter 11 Filings, including, without limitation, (i) paying any fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, (ii) engaging or retaining further accountants, counsel, consultants or advisors, and (iii) negotiating, executing, delivering, performing and filing any and all additional documents, agreements, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Companies' chapter 11 case with a view to the successful prosecution of such chapter 11 case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard).

FURTHER RESOLVED, that any Authorized Person, in each case, acting individually or jointly, be, and hereby is, authorized, directed and empowered, with full power of delegation, in the name and on behalf of the Corporation, as a debtor and debtor in possession, to (i) seek approval of a debtor-in-possession financing and cash collateral order in interim and final form (a "**DIP Order**"), (ii) negotiate, execute and deliver any and all agreements, instruments or documents by or on behalf of the Corporation necessary to implement the DIP Order, including the DIP Documents and any additional or further agreements for the use of debtor-in-possession financing and/or cash collateral in connection with the Companies' chapter 11 case, which agreements may require the Corporation to grant liens to the existing lender or DIP Lender to any of the Companies, and (iii) perform its obligations and take the actions contemplated under, the DIP Documents and any additional or further agreements for the use of debtor-in-possession financing and/or cash collateral in connection with the Companies' chapter 11 case (in each case with such changes

therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the DIP Documents by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard).

FURTHER RESOLVED, that, the Corporation is authorized and directed, and any Authorized Person, in each case, acting individually or jointly, be, and hereby is, authorized, directed and empowered, with full power of delegation, in the name and on behalf of the Corporation, as a debtor and debtor in possession, to (i) negotiate a sale or sales of some or all of the assets of the Companies, (ii) take such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, and any and all other documents, including any amendments or other modifications, as such Authorized Person may deem necessary or appropriate to facilitate such sale or sales, and (iii) authorize counsel to: (a) draft, file and seek approval of bidding procedures pursuant to which the Corporation shall seek higher or otherwise better offers for the sale or sales of some or all of the assets of the Companies, (b) draft, file and seek approval of any such sale and corresponding sale agreement, (c) execute, deliver and file on behalf of the Companies such affidavits of declarations as such Authorized Person deems necessary or desirable in connection with obtaining approval of such bidding procedures and any subsequent sale or sales, and (d) take any and all such other actions as such Authorized Person deems necessary or desirable in connection with obtaining the highest or otherwise best offer for the Companies' assets.

RATIFICATION OF PRIOR ACTIONS

RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved.

FURTHER RESOLVED, that these resolutions be filed with the records of the Corporation.

IN WITNESS WHEREOF, the undersigned hereby executes this UNANIMOUS CONSENT OF SOLE SHAREHOLDER of the Corporation as of the date first set forth above.

DIAMOND COMIC DISTRIBUTORS, INC.

By: *[signature]*
Name: Charles Parker
Title: President

**RATIFICATION BY INDEPENDENT DIRECTOR OF DIAMOND COMIC DISTRIBUTORS, INC.**

The undersigned Bradley E. Scher, being the Independent Director of Diamond Comic Distributors, Inc., (the sole shareholder of Comic Holdings, Inc.), pursuant to the powers and authority granted to the undersigned with respect to the "Loan Parties" in the undersigned's capacity as the Independent Director and as the Special Committee of Diamond Comic Distributors, Inc., hereby ratifies all of the foregoing resolutions set forth in the UNANIMOUS CONSENT OF SOLE SHAREHOLDER of the Corporation.

IN WITNESS WHEREOF, the undersigned hereby executes this RATIFICATION BY INDEPENDENT DIRECTOR OF DIAMOND COMIC DISTRIBUTORS, INC.

*[signature]*
Bradley E. Scher

53684517.3

**EXHIBIT A**
**AMENDMENT TO BYLAWS**

The By-Laws of the Corporation are hereby amended by adding a new Article XII, reading in its entirety as follows:

**ARTICLE XII**

**CHIEF RESTRUCTURING OFFICER**

Section 10.01 *Rules of Priority*. In the event of any conflict between the provisions of this Article XII and any other provisions of these By-Laws, the provisions of this Article XII shall control.

Section 10.02 *Definitions*. For purposes of these By-Laws, the following terms have the following meanings:

(a) "**Credit Agreement**" means that certain Credit Agreement dated as of May 16, 2019, as amended, amended and restated, supplemented or otherwise modified from time to time by and among Diamond Comic Distributors, Inc., a Maryland corporation, JPMorgan Chase Bank, N.A., as lender and the other parties thereto.

(b) "**Lender**" has the meaning given in the Credit Agreement.

(c) "**Loan Parties**" has the meaning given in the Credit Agreement.

Section 10.03 *Chief Restructuring Officer*.

(a) There shall be an officer of the Corporation who is designated the "Chief Restructuring Officer". There may be Co-Chief Restructuring Officers, in which case any of the Co-Chief Restructuring Officers, acting independently, may exercise any of the powers and authority of the Chief Restructuring Officer.

(b) The powers and duties of the Chief Restructuring Officer shall be as follows:

(A) The Chief Restructuring Officer shall be fully authorized to negotiate, approve and implement all value maximizing restructuring, refinancing, sale and bankruptcy alternatives for the Corporation and the other Loan Parties, including negotiating the terms of asset sales, financing proposals, and, if applicable, filing for bankruptcy relief, obtaining debtor-in-possession financing and implementing bankruptcy/reorganization of the Corporation and the other Loan Parties;

(B) The Chief Restructuring Officer is authorized to cause the Corporation to retain a broker/investment banker with specific experience marketing and selling distressed companies/assets that is reasonably acceptable to the Lender.

(c) For so long as the Credit Agreement remains in force, to the maximum extent permitted under the laws of the State of Maryland, none of the following actions may be taken by

the Board of Directors or any officer of the Corporation without the prior written consent of the Lender:

(A) The amendment, amendment and restatement, supplementation, modification or deletion of all or any part of this Article XII;

(B) The removal of the Chief Restructuring Officer or of any Co-Chief Restructuring Officer;

(C) The contravention of any action or decision that the Chief Restructuring Officer is expressly authorized to take or make pursuant to this Article XII.

(D) Any other action the reasonably foreseeable effect of which would be frustrate the intent or purposes of any action taken or decision made by the Chief Restructuring Officer pursuant to the authority contained in this Article XII.

53684517.3

Fill in this information to identify the case:

Debtor name: Diamond Comic Distributors, Inc., et al.

United States Bankruptcy Court District of Maryland

Case number (If known): ___

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Penguin Random House LLC<br>Attn: Jeff Abraham<br>1745 Broadway<br>New York, NY 10019 | Att: Jeff Abraham<br>Email: jabraham@penguinrandomhouse.com | Trade Claim | Disputed | $0.00 | $0.00 | $9,202,181.45 |
| 2 | Bandai Co, Ltd<br>Attn: Tomoaki "Benjy" Ishikaka<br>4-8 Komagata 1-chome<br>Taito-ku, Tokyo 111-8081<br>Japan | Att: Tomoaki "Benjy" Ishikaka<br>Email: tishikawa@bnta.com | Trade Claim | Disputed | $0.00 | $0.00 | $4,348,743.08 |
| 3 | National Entertainment Collectibles Association Inc (NECA)<br>Attn: Dara Chesley<br>603 Sweetland Ave<br>Hillside, NJ 07205 | Att: Dara Chesley<br>Email: darac@wizkids.com | Trade Claim | Disputed | $0.00 | $0.00 | $2,682,994.22 |
| 4 | Kin Kin Mould<br>Attn: Nelson Chan<br>Sheung Shui Ctr<br>3 Chi Cheong Rd, Unit 1003<br>Sheung Shui, HK<br>Hong Kong | Att: Nelson Chan<br>Email: nelsonchan20@vip.163.com | Trade Claim | | $0.00 | $0.00 | $1,811,934.04 |
| 5 | TMP International, Inc<br>Attn: Colt Homme<br>3032 S Cedar St, Ste D<br>Tacoma, WA 98409 | Att: Colt Homme<br>Email: chomme@mcfarlane.com | Trade Claim | | $0.00 | $0.00 | $1,734,814.39 |
| 6 | Disney Consumer Products, Inc<br>Attn: Corporate Legal<br>500 S Buena Vista St<br>Burbank, CA 91521 | Att: Corporate Legal<br>Email: dcp.legalnotices@disney.com | License/Royalty Claim | | $0.00 | $0.00 | $1,712,447.00 |
| 7 | Hasbro, Inc<br>Attn: Carla Cross<br>1027 Newport Ave<br>Pawtucket, RI 02861 | Att: Carla Cross<br>Email: carla.cross@hasbro.com | Trade Claim | | $0.00 | $0.00 | $1,064,378.39 |
| 8 | Wizards of the Coast LLC<br>Attn: Mk Smith<br>1107 Lake Washington Blvd N, Ste 800<br>Renton, WA 98056 | Att: MK Smith<br>Email: mk.smith@wizards.com | Trade Claim | Disputed | $0.00 | $0.00 | $914,601.84 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims  Page 1 of 3

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Xceeding Partnership Solutions  Attn: Sharon Zaragoza  8547 Dulwich Rd  Cordova, TN 38016 | Att: Sharon Zaragoza  Email: Sharon.Zaragoza@xceedingps.com | Trade Claim | | $0.00 | $0.00 | $843,496.70 |
| 10 | Little Buddy LLC  Attn: Andy Tanaka  7422 Orangewood Ave  Garden Grove, CA 92841 | Att: Andy Tanaka  Email: andy@littlebuddytoys.com | Trade Claim | | $0.00 | $0.00 | $694,628.00 |
| 11 | Simon & Schuster, Inc  Attn: Lauren Castner  1230 Ave of the Americas  New York, NY 10020 | Att: Lauren Castner  Email: lauren.castner@simonandschuster.com | Trade Claim | Disputed | $0.00 | $0.00 | $600,144.80 |
| 12 | Bandai Namco Toys & Collectibles America Inc  Attn: Teppei Onoki  23 Odyssey Irvine  Irvine, CA 92618 | Att: Teppei Onoki  Email: tonoki@bntca.com | Trade Claim | | $0.00 | $0.00 | $576,072.46 |
| 13 | Lunar Distribution  Attn: Christina Merkler  10701 Rose Ave  New Haven, IN 46774 | Att: Christina Merkler  Email: christina@lunardistribution.com | Trade Claim | | $0.00 | $0.00 | $496,967.84 |
| 14 | United Parcel Service, Inc  Attn: Mike Wise  55 Glenlake Pkwy NE  Atlanta, GA 30328 | Att: Mike Wise  Email: michaelwise@ups.com | Trade Claim | | $0.00 | $0.00 | $476,398.57 |
| 15 | VIZ Media, LLC  Attn: Sarah Anderson  1355 Market St, Ste 200  San Francisco, CA 94103 | Att: Sarah Anderson  Email: sarahanderson@viz.com | Trade Claim | | $0.00 | $0.00 | $421,204.93 |
| 16 | Catalyst Games Lab, LLC  Attn: Loren Coleman  7108 S Pheasant Ridge Dr  Spokane, WA 99224 | Att: Loren Coleman  Email: loren@catalystgamelabs.com | Trade Claim | Disputed | $0.00 | $0.00 | $401,483.12 |
| 17 | The Army Painter ApS  Attn: Michael Andersen  Christiansmindevej 12  Skanderborg, DK-8660  Denmark | Att: Michael Andersen  Email: mha@thearmypainter.com | Trade Claim | Disputed | $0.00 | $0.00 | $386,925.86 |
| 18 | ARA, Inc  Attn: Amelia Garcia  602 Main St, Ste 300  Cincinnati, OH 45202 | Att: Amelia Garcia  Email: amelia.garcia@electivestaffing.com | Trade Claim | | $0.00 | $0.00 | $378,827.04 |
| 19 | Titan Publishing Group Ltd  Attn: Nick Landau  144 Southwark St  London, SE1 0UP  United Kingdom | Att: Nick Landau  Email: nick.landau@titanemail.com | Trade Claim | Disputed | $0.00 | $0.00 | $357,417.28 |
| 20 | Square Enix Holdings Co, Ltd  Attn: Kanji Tashiro  999 N Pacific Coast Hwy, 3rd Fl  El Segundo, CA 90245 | Att: Kanji Tashiro  Email: ktashiro@us.square-enix.com | Trade Claim | | $0.00 | $0.00 | $314,295.51 |
| 21 | Microsoft Corp  1 Microsoft Way  Redmond, WA 98052 | | Trade Claim | | $0.00 | $0.00 | $307,816.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | The Pokémon Company International, Inc Attn: Rich Henry 10400 NE 4th St, Ste 2800 Bellevue, WA 98004 | Att: Rich Henry Email: r.henry@pokemon.com | Trade Claim | | $0.00 | $0.00 | $280,375.00 |
| 23 | Transcontinental Inc Attn: Daniel Gallina 1 Place Ville Marie, Ste 3240 Montreal, QC H3B 0G1 Canada | Att: Daniel Gallina Email: daniel.gallina@tc.tc | Trade Claim | | $0.00 | $0.00 | $243,541.48 |
| 24 | Beast Kingdom Co, Ltd Attn: James Liu 12F, No 210, Sec 1 Sanmin Rd, Banqiao Dist New Taipei City, 22069 Taiwan | Att: James Liu Email: jamesliu@beast-kingdom.com.tw | Trade Claim | | $0.00 | $0.00 | $237,903.14 |
| 25 | Funko, LLC Attn: Lesley Hill 2802 Wetmore Ave Everett, WA 98201 | Att: Lesley Hill Email: lesley.hill@funko.com | Trade Claim | Disputed | $0.00 | $0.00 | $237,631.62 |
| 26 | Publisher Services, Inc Attn: Dean Burnham 2800 Vista Ridge Dr Suwanee, GA 30024 | Att: Dean Burnham Email: deanb@pubservinc.com | Trade Claim | Disputed | $0.00 | $0.00 | $223,140.92 |
| 27 | Dynamic Forces, Inc Attn: Nick Barrucci 113 Gaither Dr, Ste 205 Mount Laurel, NJ 08054 | Att: Nick Barrucci Email: nick.barrucci@dynamite.com | Trade Claim | Disputed | $0.00 | $0.00 | $217,317.64 |
| 28 | Pai Technology Inc Attn: Rocky Yu 177 E Colorado Blvd, Ste 200 Pasadena, CA 91105 | Att: Rocky Yu Email: rockyyu@blokees.com | Trade Claim | | $0.00 | $0.00 | $211,331.50 |
| 29 | Udon Entertainment Inc Attn: Erik Ko 51 Ridgestone Dr Richmond Hill, ON L4S 0E3 Canada | Att: Erik Ko Email: erikko@gmail.com | Trade Claim | Disputed | $0.00 | $0.00 | $202,694.07 |
| 30 | Super7, Inc Attn: Luke Martinez 777 Florida St, Ste 202 San Francisco, CA 94110 | Att: Luke Martinez Email: luke@super7store.com | Trade Claim | Disputed | $0.00 | $0.00 | $163,686.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Comic Holdings, Inc._____

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Combined Corporate Ownership Statement and List of Equity Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/14/2025__           X *Robert Gorin*_____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       __Robert Gorin_____
                                       Printed name

                                       __Co-Chief Restructuring Officer__
                                       Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**